AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

## APPEARANCE

Case Number: 08mj2478-02

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

ALFREDO RIVERA-PRECIADO

I certify that I am admitted to practice in this court.

8/13/2008
Date

/s/ John C. Ellis, Jr.
Signature

John C. Ellis, Jr. / Federal Defenders of SD 228083
Print Name Bar Number

225 Broadway, Suite 900
Address

San Diego, CA 92101
City State Zip Code

(619) 234-8467 (619) 687-2666
Phone Number Fax Number

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08mj2478-02 |
| | ) | |
| v. | ) | |
| | ) | |
| ALFREDO RIVERA-PRECIADO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Notice of Appearance has been electronically served this day upon:

United States Attorney's Office
880 Front Street
San Diego, CA 92101

Dated: August 13, 2008

*/s/ John C. Ellis, Jr.*

JOHN C. ELLIS, JR.
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
john_ellis@fd.org