UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
Plaintiff )
vs. )
Jesus Madrigal-Mendez )
Defendant(s) )

CRIMINAL NO. 08MJ2478

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Ezequiel Montes-Sanchez

DATED: 9/2/08

ANTHONY J. BATTAGLIA

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ________ DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by Y. MADUENO
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

* U.S. GPO: 2003-581-774/70082