FILED
SEP - 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury '08 CR 2966 WQH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS MADRIGAL-MENDEZ (1),<br>ALFREDO RIVERA-PRECIADO (2),<br><br>Defendants. | Criminal Case No. ____________<br><br>I N D I C T M E N T<br><br>Title 8, U.S.C.,<br>Sec. 1324(a)(2)(B)(ii) - Bringing in Illegal Aliens for Financial Gain; Title 18, U.S.C., Sec. 2 - Aiding and Abetting; Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting |

The grand jury charges:

Count 1

On or about August 8, 2008, within the Southern District of California, defendants JESUS MADRIGAL-MENDEZ and ALFREDO RIVERA-PRECIADO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Maria Guadalupe Reyes-Nunez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

HWC:fer:San Diego
9/3/08

Count 2

On or about August 8, 2008, within the Southern District of California, defendants JESUS MADRIGAL-MENDEZ and ALFREDO RIVERA-PRECIADO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Maria Guadalupe Reyes-Nunez, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

Count 3

On or about August 8, 2008, within the Southern District of California, defendants JESUS MADRIGAL-MENDEZ and ALFREDO RIVERA-PRECIADO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Nancy Reyes-Frutis, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//

//

//

//

//

//

//

Count 4

On or about August 8, 2008, within the Southern District of California, defendants JESUS MADRIGAL-MENDEZ and ALFREDO RIVERA-PRECIADO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Nancy Reyes-Frutis, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

Count 5

On or about August 8, 2008, within the Southern District of California, defendants JESUS MADRIGAL-MENDEZ and ALFREDO RIVERA-PRECIADO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Ezequiel Montes-Sanchez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//

//

//

//

//

//

//

Count 6

On or about August 8, 2008, within the Southern District of California, defendants JESUS MADRIGAL-MENDEZ and ALFREDO RIVERA-PRECIADO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Ezequiel Montes-Sanchez, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: September 3, 2008.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By:
HAROLD W. CHUN
Assistant U.S. Attorney